MARRERO

```
                                          ┌─────────────────────────────┐
                                          │ USDS SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY              │
                                          │ DOC #: _____    │
UNITED STATES DISTRICT COURT              │ DATE FILED: 10-4-10         │
SOUTHERN DISTRICT OF NEW YORK             └─────────────────────────────┘
```

-----------------------------------------------------------x

UBS FINANCIAL SERVICES, INC. and
UBS SECURITIES LLC,

                              Plaintiffs,

              10 CV 4298 (VM)

v.

              ECF Case

WEST VIRGINIA UNIVERSITY HOSPITALS, INC.,
UNITED HOSPITAL CENTER, INC., WEST VIRGINIA   **STIPULATION AND**
UNIVERSITY HOSPITALS-EAST, INC., CITY                     **ORDER**
HOSPITAL FOUNDATION, INC., and WEST VIRGINIA
UNITED HEALTH SYSTEM, INC.,

                              Defendants.

-----------------------------------------------------------x

       WHEREAS, this action has been stayed pending the decision of the Second Circuit Court of Appeals in *JP Morgan Securities, Inc. v. Louisiana Citizens Property Insurance Corp.*, Docket No. 10-2183 ("the JP Morgan Appeal"), in the expectation that a decision in the JP Morgan Appeal would substantially resolve certain major issues in this action;

       WHEREAS, on September 24, 2010, JP Morgan dismissed its appeal, and accordingly there is no longer a possibility that the JP Morgan Appeal will result in a decision relevant to this action;

       WHEREAS, plaintiffs now wish to resume this action, and in particular to resume their pursuit of an order enjoining defendants from pursuing arbitration of this dispute before the Financial Industry Regulatory Authority ("FINRA") or, in the alternative,

23278251v3

pursuing FINRA arbitration in any forum outside New York County ("Plaintiffs' Motion");

IT IS HEREBY STIPULATED AND AGREED that plaintiffs shall serve and file their papers in support of Plaintiffs' Motion within 20 days of the docketing of this Order by the Clerk of Court; defendants shall serve and file their opposition within 20 days thereafter; and plaintiffs shall serve and file any reply within 10 days thereafter. Defendants reserve the right to seek leave of court to file a sur-reply, and plaintiffs reserve the right to oppose any such application.

[signature page follows]

Dated: October 1, 2010

BAILEY & GLASSER LLP

By: _____
Thanos Basdekis, Esq.
Brian A. Glasser, Esq.
Michael L. Murphy, Esq.

209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, LLP
James R. Swanson
Joseph C. Peiffer
Jason W. Burge
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
Garrett W. Wotkyns
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258
Telephone: (480) 607-4368
Facsimile: (480) 607-4366
Email: gwotkyns@schneiderwallace.com

*Attorneys for Defendants*

SO ORDERED:

_____
USDS

DEBEVOISE & PLIMPTON LLP

By: _____
Jeremy Feigelson
jfeigels@debevoise.com
Andrew J. Ceresney
ajceresn@debevoise.com
Vanessa De Simone
vsdesimone@debevoise.com

919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Plaintiffs*

SO ORDERED.
10-4-10
DATE          VICTOR MARRERO, U.S.D.J.