UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UBS FINANCIAL SERVICES, INC. and :
UBS SECURITIES LLC, :
 :
                            Plaintiffs, :
 :
            - v. - : 10 CV 4298 (VM)
 :
WEST VIRGINIA UNIVERSITY HOSPITALS, INC., : ECF Case
UNITED HOSPITAL CENTER, INC., WEST VIRGINIA :
UNIVERSITY HOSPITALS-EAST, INC., CITY : **CERTIFICATE OF SERVICE**
HOSPITAL FOUNDATION, INC., and WEST VIRGINIA :
UNITED HEALTH SYSTEM, INC., :
 :
                            Defendants. :
-----------------------------------------------------------------------x

      John Nichols certifies: I am over eighteen (18) years of age and on October 25, 2010, I caused copies of the (1) Notice of Motion; (2) Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction; (3) Declaration of Nelson De La Cruz; and (4) Declaration of Vanessa De Simone to be served by Notice of Electronic Filing upon the following counsel for Defendants West Virginia University Hospitals, Inc., United Hospital Center, Inc., West Virginia University Hospitals-East, Inc., City Hospital Foundation, Inc., and West Virginia United Health System, Inc.:

23287869v1

Athanasios Basdekis
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 340-2282

I certify under penalty of perjury that the foregoing is true and correct.

                                                  s/John Nichols
                                                  John Nichols

Dated: New York, New York
         October 25, 2010