**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC. and UBS SECURITIES LLC, | : |
| | : |
| | : |
| Plaintiffs, | : |
| | : 10 CV 4298 (VM) |
| v. | : |
| | : ECF Case |
| WEST VIRGINIA UNIVERSITY HOSPITALS, INC., | : |
| UNITED HOSPITAL CENTER, INC., WEST VIRGINIA | : **STIPULATION AND** |
| UNIVERSITY HOSPITALS-EAST, INC., CITY | : **[PROPOSED] ORDER** |
| HOSPITAL FOUNDATION, INC., and WEST VIRGINIA | : **TO EXTEND BRIEFING** |
| UNITED HEALTH SYSTEM, INC., | : **DEADLINES** |
| | : |
| Defendants. | : |

---------------------------------------------------------------------x

WHEREAS, on October 4, 2010, the parties stipulated to a joint scheduling order in which plaintiffs would file a motion for preliminary injunction within 20 days of the order, defendants would file their opposition within 20 days thereafter, and plaintiffs would file their reply memorandum within 10 days thereafter;

WHEREAS, on October 25, 2010, plaintiffs filed a Motion for Preliminary Injunction seeking to enjoin defendants from pursuing arbitration of this dispute before the Financial Industry Regulatory Authority or, in the alternative, pursuing this dispute in any forum outside New York County ("Plaintiffs' Motion");

AND WHEREAS, all parties agree to an extension of the time for briefing this motion;

IT IS HEREBY STIPULATED AND AGREED that defendants shall serve and file their papers in opposition to Plaintiffs' Motion on or before November 24, 2010, and

plaintiffs shall serve and file any reply on or before December 10, 2010.  Defendants

reserve the right to seek leave of court to file a sur-reply, and plaintiffs reserve the right

to oppose any such application.

[signature page follows]

346718v.1

Dated: November 12, 2010

BAILEY & GLASSER LLP

By:  /s/ Thanos Basdekis
      Thanos Basdekis, Esq.
      Brian A. Glasser, Esq.
      Michael L. Murphy, Esq.

209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, LLP
James R. Swanson
Joseph C. Peiffer
Jason W. Burge
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
Garrett W. Wotkyns
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258
Telephone: (480) 607-4368
Facsimile: (480) 607-4366
Email: gwotkyns@schneiderwallace.com

*Attorneys for Defendants*

SO ORDERED:

_____

DEBEVOISE & PLIMPTON LLP

By:  /s/ Vanessa De Simone
      Jeremy Feigelson
      jfeigels@debevoise.com
      Andrew J. Ceresney
      ajceresn@debevoise.com
      Vanessa De Simone
      vsdesimone@debevoise.com

919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Plaintiffs*

3