

# Healthcare Finance Group

*Presentation to Finance Committee*



# WEST VIRGINIA UNIVERSITY HOSPITALS

**June 16, 2003**

 UBS

*KaufmanHall*

UBS Financial Services Inc. is a subsidiary of UBS AG

EXHIBIT
B


WEST VIRGINIA UNIVERSITY HOSPITALS

# Discussion Topics

|                                          | Tab |
| ---------------------------------------- | --- |
| WVUH and Market Update                   | A   |
| WVUH Project Financing Status Report     | B   |
| Financing Options                        | C   |
| Next Steps and Open Issues               | D   |



WEST VIRGINIA UNIVERSITY HOSPITALS

# WVUH and Market Update

WEST VIRGINIA UNIVERSITY HOSPITALS

# Considerations for WVUH Finance Committee

■ Approval of Bond Resolution and general not-to-exceed parameters

— Principal amount

— Final maturity

— Maximum interest rate

■ Provide feedback regarding financing structure

— Fixed/variable rate debt mix

— Types of variable rate debt

— Use of interest rate swaps

WEST VIRGINIA UNIVERSITY HOSPITALS

# WVUH currently maintains 92 percent of its debt in a fixed rate mode, and bonds amortize with a relatively short 8.5 year average life

| Bond Issue | Principal Outstanding | Interest Mode | Coupon Range | Average Coupon | Final Maturity | Average Life | Credit Enhancement | Advance Refundable | Callable |
|---|---|---|---|---|---|---|---|---|---|
| Series 1993 WVUH | $ 54,540,000 | Fixed | 4.90 – 5.40% | 5.11% | 2016 | 7.5 | MBIA | No | 06/01/03 @ 102% |
| Series 1998 WVUH | 41,615,000 | Fixed | 3.95 – 5.00% | 4.85 | 2022 | 11.2 | Ambac | Partially | 12/01/08 @ 100% |
| Series 2002 Note – WVUH | 8,600,000 | Variable | Variable | Variable | 2009 | 3.2 | LOC | – | – |
| **Total** | **$ 104,755,000** | | | | | **8.5** | | | |

**Existing Capital Structure**



Aggregate MADS = $10.9 million

WEST VIRGINIA UNIVERSITY HOSPITALS

# All of WVUH's outstanding debt has some form of credit enhancement



*8.2% Variable Rate*

Series 1998
$41,615,000

Series 2002
$8,600,000

Series 1993
$54,540,000

*91.8% Fixed Rate*



*100% Credit Enhanced*

Series 1998
$41,615,000

Series 2002
$8,600,000

Series 1993
$54,540,000

WEST VIRGINIA UNIVERSITY HOSPITALS

# Long-term interest rates are at historical lows and present WVUH with opportunities to access capital at attractive rates [1]



| | RBI [1] | BMA [2] | Spread |
|---|---|---|---|
| Current | 4.78% | 1.06% | 3.72% |
| Average | 6.11 | 3.42 | 2.69 |
| Maximum | 7.83 | 7.90 | – |
| Minimum | 4.78 | 0.95 | – |

(1) The Revenue Bond Index (RBI) is based on 30-year bonds issued by 25 different revenue bond issuers for a variety of purposes including housing, transportation, hospitals and pollution control. The RBI is widely used as a benchmark for long-term revenue bonds.

(2) The Bond Market Association (BMA) Index is calculated by taking the weighted-average of the clearing rates for a pool of high-grade tax-exempt short-term issues with weekly resets. The BMA Index is a widely used index for high-grade weekly bonds.

(3) The Rolling Forward BMA average calculates the average interest cost of the BMA index from a point in time forward.

WEST VIRGINIA UNIVERSITY HOSPITALS

## Short-term interest rates are currently trading at just over one percent



| | BMA Index |
|---|---|
| Current | 1.06% |
| 1-year average | 1.28 |
| 5-year average | 2.78 |
| 10-year average | 3.05 |
| Since BMA inception | 3.42 |

Note: Market information as of June 11, 2003.

WEST VIRGINIA UNIVERSITY HOSPITALS

# WVUH Project Financing Status Report

WEST VIRGINIA UNIVERSITY HOSPITALS

# WVUH has made important decisions in advance of its financing program

- The CON for WVUH has been approved

- The System has decided that WVUH will issue the Series 2003 Bonds as the sole initial member of the Obligated Group

  — New Master Trust Indenture will permit UHC to join the Obligated Group, if desired by all parties

- Project size and scope continue to be evaluated by WVUH management

- Preliminary meetings with bond insurers and rating agencies were held in New York City during late April

- Formal meetings at WVUH

  — MBIA (June 3)

  — Moody's (June 19)

  — Standard & Poor's (July 1)

  — FSA (July 1)

  — Ambac declined a formal meeting based upon its outstanding exposure to WVUH

WEST VIRGINIA UNIVERSITY HOSPITALS

# Currently, the financing team expects to price the Series 2003 Bonds during early August

| Week of | Activity |
|---------|----------|
| 07/21/03 | ■ Obtain ratings / bond issuance commitments |
|  | ■ Finalize bond documents |
|  | ■ Print and mail POS |
| 07/28/03 | ■ Investor road show |
| 08/04/03 | ■ Pricing |
| 08/11/03 | ■ Print and mail OS |
| 08/18/03 | ■ Pre-closing |
|  | ■ Closing |

WEST VIRGINIA UNIVERSITY HOSPITALS

# Though its affiliation with UHC will impact the rating agencies' decisions, WVUH's profitability and liquidity, together with market position, utilization indicators and growth strategy, indicate an "A" rating

|  | Actual 2002 | Pro Forma 2006 | Moody's A | Standard & Poor's A |
|---|---|---|---|---|
| **Profitability Ratios** | | | | |
| Operating margin (%) | 1.8 | 0.8 | 1.9 | 2.0 |
| Profit (excess) margin (%) | 0.2 | 2.8 | 5.2 | 4.0 |
| EBIDA margin (%) | 8.5 | 12.1 | 9.9 | 11.9 |
| **Liquidity Ratio** | | | | |
| Cash on hand (days) | 227 | 230 | 160 | 168 |
| **Leverage Ratios** | | | | |
| MADS coverage (x) | 2.3 | 4.0 | 3.8 | 3.3 |
| Debt to capitalization (%) | 29.3 | 41.9 | 38.2 | 33.1 |
| Cash-to-debt (%) | 166.4 | 107.6 | 101.1 | 108.8 |

WEST VIRGINIA UNIVERSITY HOSPITALS

# Financing Options

WEST VIRGINIA UNIVERSITY HOSPITALS

# Major objectives of WVUH's upcoming financing

■ Fund necessary construction projects to facilitate future growth

■ Borrow at the lowest risk-adjusted cost of capital
— Use of variable rate debt (20 – 30 percent)
— Use of derivatives

■ Refinance debt to achieve savings in today's low interest rate environment

■ Structure principal repayment to "smooth out" Hospital debt service over time

■ Preserve future financing flexibility

■ Protect against any future changes in credit

■ Distribute some portion of Series 2003 Bonds as fixed rate for West Virginia retail participation

WEST VIRGINIA UNIVERSITY HOSPITALS

# Under current market conditions, in order to raise $70 million in net construction proceeds and restructure outstanding debt, WVUH would issue approximately $150 million in new debt

*($ in thousands)*

| Sources of Funds | Uninsured | "AAA" Insured |
|---|---|---|
| Bond principal | $  150,780 | $  147,875 |
| Premium | 2,486 | 9,405 |
| Net bond proceeds | 153,266 | 157,280 |
| Interest earnings | 1,570 | 1,546 |
| Total sources | $  154,836 | $  158,826 |

| Uses of Funds | | |
|---|---|---|
| Construction costs | $    69,958 | $    69,958 |
| WVUH Series 1993 restructuring | 55,774 | 55,774 |
| WVUH Series 2002 restructuring | 8,600 | 8,600 |
| Capitalized interest | 7,758 | 7,566 |
| Debt service reserve fund | 11,178 | 10,869 |
| Cost of issuance | 1,568 | 1,316 |
| Bond insurance | — | 4,743 |
| Total uses | $    154,836 | $    158,826 |

Note: Based on natural fixed rate bond issuance. Assumes capitalized interest through June 2005.

 WEST VIRGINIA UNIVERSITY HOSPITALS

# Debt restructuring "road map" — WVUH base case



WEST VIRGINIA UNIVERSITY HOSPITALS

# If bond insurance is obtained with favorable terms and pricing, WVUH will enjoy access to *the widest possible* range of financing options

|  | Uninsured | "AAA" Bond Insurance |
|---|:---:|:---:|
| ■ Natural fixed rate debt | ✓ | ✓ |
| ■ Variable rate demand bonds ("VRDBs") | ✓ | ✓ |
| ■ Auction rate certificate ("ARCs") | — | ✓ |
| ■ Synthetic fixed rate debt | ✓ | ✓ |

WEST VIRGINIA UNIVERSITY HOSPITALS

# Natural fixed rate debt

| Maturity | MMD (Aaa/AAA) | Insured (Aaa/AAA) | Uninsured (A2/A) |
|---|---|---|---|
| 2004 | 0.90% | 1.20% | 1.80% |
| 2005 | 1.10 | 1.36 | 2.01 |
| 2006 | 1.33 | 1.61 | 2.31 |
| 2007 | 1.70 | 2.00 | 2.70 |
| 2008 | 2.00 | 2.28 | 3.03 |
| 2009 | 2.26 | 3.59 | 3.34 |
| 2010 | 2.55 | 3.88 | 3.65 |
| 2011 | 2.76 | 3.03 | 3.80 |
| 2012 | 2.89 | 3.16 | 3.96 |
| 2013 | 3.02 | 3.29 | 4.09 |
| 2014 | 3.17 | 3.44 | |
| 2015 | 3.33 | 3.60 | |
| 2016 | 3.48 | 3.74 | 4.60 |
| 2017 | 3.60 | 3.88 | |
| 2018 | 3.70 | 3.96 | |
| 2023 | 4.13 | 4.35 | 4.90 |
| 2033 | 4.31 | 4.50 | 5.10 |
| **All-in cost** | | **4.70%** | **4.92%** |

Note:  Rates as of June 6, 2003.

WEST VIRGINIA UNIVERSITY HOSPITALS

# Variable rate debt

| | 7-Day VRDBs | 35-Day ARCs |
|---|---|---|
| Spread to BMA | minus 0.05% | plus 0.10% |
| Letter-of-credit | 0.50 – 1.00% | – |
| Bond insurance (Annualized) | – | 0.20 |
| Issuance costs (Annualized) | 0.10 | 0.15 |
| Remarketing fees | 0.10 | – |
| Broker-dealer/Market agent fees | – | 0.25 |
| Trustee fees | 0.01 | 0.02 |
| **All-in cost** | **BMA + 0.66 – 1.16%** | **BMA + 0.72%** |
| Comments | ■ Requires LOC or bond insurance/liquidity facility<br>■ Exposes WVUH to LOC or liquidity renewal risk<br>■ Funding is not committed<br>■ Major buyers are money market funds | ■ Requires bond insurance<br>■ No LOC or liquidity renewal risk<br>■ Funding is committed<br>■ Major buyers are retail investors and corporations |

WEST VIRGINIA UNIVERSITY HOSPITALS

# Synthetic fixed rate debt



- WVUH issues variable rate debt

- WVUH concurrently enters into a swap contract wherein:
  — WVUH agrees to pay UBS a specified fixed rate
  — UBS agrees to pay WVUH a variable rate based on an index (either 100% of BMA or 72% of LIBOR)
  — This exchange of interest payments is calculated against a notional amount equal to the principal value of bonds swapped
  — Payments are netted against each other, with a single cash payment exchanged between parties each period

- Benefit in today's market is approximately 75-90 basis points



WEST VIRGINIA UNIVERSITY HOSPITALS

# Considerations for issuing synthetic fixed rate debt

- ■ Basis risk
  - — Divergence between WVUH's own variable interest rate and the variable rate index paid by UBS

- ■ Tax risk

- ■ Accounting treatment

- ■ Counterparty credit risk



- ■ Potential collateral requirements

WEST VIRGINIA UNIVERSITY HOSPITALS

# In today's market, a current refunding of the WVUH Series 1993 Bonds will result in $1.9 to $5.1 million in present value savings

| | Traditional Fixed Rate | | Synthetic Fixed Rate | |
| --- | --- | --- | --- | --- |
| | Uninsured (A2/A) | Insured (Aaa/AAA) | BMA | 72% of LIBOR |
| Par refunded | $ 54,540,000 | $ 54,540,000 | $ 54,540,000 | $ 54,540,000 |
| All-in interest cost | 4.19% | 3.72% | 3.63% | 3.29% |
| Average life (years) | 7.44 | 7.41 | 7.26 | 7.21 |
| **Present value savings** | $ **1,886,317** | $ **3,596,410** | $ **3,894,494** | $ **5,078,014** |
| **Present value savings/par refunded** | **3.46%** | **6.59%** | **7.14%** | **9.31%** |

Note: Rates as of June 6, 2003.

WEST VIRGINIA UNIVERSITY HOSPITALS

# Depending on the availability of bond insurance, both interest rate swaps and variable rate debt could lower WVUH's risk-adjusted cost of capital

■ Scenario I:  No bond insurance
- — Proposed Structure:
  - – $150,780,000 – Natural uninsured fixed rate bonds

■ Scenario II:  Bond insurance for the refunding bonds only
- — Proposed Structure:
  - – $92,455,000 – Natural uninsured fixed rate bonds
  - – $61,995,000 – Insured auction rate certificates (ARCs) swapped to a fixed rate

■ Scenario III:  Bond insurance for the entire financing
- — Proposed Structure:
  - – $65,960,000 – Natural insured fixed rate bonds
  - – $41,875,000 – Insured auction rate certificates (ARCs) swapped to a fixed rate
  - – $41,615,000 – Insured auction rate certificates (variable rate debt)

WEST VIRGINIA UNIVERSITY HOSPITALS

# Three recommended plans of finance

| Scenario | I<br>No Bond Insurance | II<br>Insurance for Refunding<br>Bonds Only | III<br>All Insured Bonds |
|---|---|---|---|
| All-in interest cost | 4.92% | 4.72% | 3.92% |
| MADS | $11,177,721 | $10,859,188 | $9,860,377 |
| Fixed/variable mix | 100%/0% | 100%/0% | 78.2%/21.8% |
| Insured/uninsured mix | 21.6%/78.4% | 52.8%/47.2% | 100%/0% |
| Swap term | — | 2016 | 2033 |
| Considerations | ▪ Least risk<br>▪ Highest cost | ▪ Counterparty credit risk<br>▪ Tax risk<br>▪ Basis risk<br>▪ Accounting treatment<br>▪ Potential collateral requirements | |

Note:  Aggregate MADS (including Series 1998 Bonds ) — Scenario I – $14.5 million; Scenario II – $14.2 million; Scenario III – $13.3 million.

WEST VIRGINIA UNIVERSITY HOSPITALS

# WVUH's aggregate debt service post issuance of Series 2003 Bonds



Legend:
- ■ Series 2003 - Synthetic Fixed Rate
- ■ Series 2003 - Variable Rate
- ■ Series 2003 - Fixed Rate
- □ Series 1998

Note:  Scenario III for demonstrative purposes.

WEST VIRGINIA UNIVERSITY HOSPITALS

# Next Steps and Open Issues

WEST VIRGINIA UNIVERSITY HOSPITALS

# Next steps and open issues

- ■ Approve Bond Resolution and general not-to-exceed parameters this Friday
  - — Principal amount
  - — Final maturity
  - — Maximum interest rate

- ■ Provide feedback regarding financing structure
  - — Fixed/variable rate debt mix
  - — Types of variable rate debt
  - — Use of interest rate swaps

- ■ Possible extension of Series 1993 Bonds
  - — Re-examine average useful life of prior projects

- ■ Use of debt service reserve fund

- ■ Finalize discussions with rating agencies and bond insurers

- ■ Complete new Master Trust Indenture

WEST VIRGINIA UNIVERSITY HOSPITALS

## Scenario I:  No bond insurance



*100% Fixed Rate*

$41,615,000
Series 1998

$150,780,000
Series 2003

UBS

*KaufmanHall*

 WEST VIRGINIA UNIVERSITY HOSPITALS

# Scenario II:  Bond insurance for refunding portion only



*68.4% Fixed Rate*

$92,455,000
Series 2003A

$41,615,000
Series 1998

$61,995,000
Series 2003B

*31.6% Synthetic Fixed Rate*

WEST VIRGINIA UNIVERSITY HOSPITALS

# Scenario III:  Bond insurance for the entire financing



*56.3% Fixed Rate*

$41,615,000
Series 1998

*21.8% Variable Rate*

$41,615,000
Series 2003C

$65,960,000
Series 2003A

$41,875,000
Series 2003B

*21.9% Synthetic Fixed Rate*

UBS

*KaufmanHall*