**Healthcare Finance Group**

*Overview of Financing Process*

 

**March 22, 2005**









# Agenda

|                                              | Tab |
| -------------------------------------------- | --- |
| Key Considerations of the Financing Process  | A   |
| Overview of UHC                              | B   |
| Market Update                                | C   |
| Financing Alternatives                       | D   |
| Next Steps                                    | E   |

|                                 | Appendix |
| ------------------------------- | -------- |
| Glossary of Terms               | 1        |
| Current Market Conditions       | 2        |
| Hedging Strategies              | 3        |
| WVUHS Pro Forma Credit Profile  | 4        |
| Credit and Risk Considerations  | 5        |
| WVUH Rating Reports             | 6        |



UNITED
HOSPITAL
CENTER

West Virginia
United Health System

# Key Considerations of the Financing Process



# A team of experienced professionals will work closely with WVUHS and UHC Management to structure and execute the upcoming financing







# Bond Insurance is a major determinant of UHC's cost of capital

- In conjunction with its Series 2005A and 2005B financing in January 2005, WVUHS secured a forward commitment from Ambac, a AAA-rated bond insurer, for the upcoming UHC transaction

- Investors will look to Ambac's AAA-rated financial guaranty as their ultimate security
  — The WVUH Obligated Group itself maintains underlying ratings of "A+" from Standard & Poor's and "A1" from Moody's
  — The WVUH Obligated Group's ratings will be updated prior to bond issuance

- UHC will join the WVUH Obligated Group upon the issuance of the Series 2005C Bonds
  — Obligated Group members also include WVUH, City Hospital, Jefferson Memorial Hospital and City Hospital Foundation
  — An Obligated Group creates a "combined" credit; each member of the Obligated Group guarantees each other's debt

- With insurance, UHC will be able to pursue a broad spectrum of financing vehicles for its financing, which will lower its cost of capital

- The timing of the financing is predicated on the resolution of UHC's appeal to the West Virginia Supreme Court

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# With bond insurance, UHC will enjoy access to *the widest possible* range of financing options

| | Uninsured | "AAA" Bond Insurance |
|---|:---:|:---:|
| Natural fixed rate debt | ✓ | ✓ |
| Variable rate demand bonds ("VRDBs") | ✓ | ✓ |
| Auction rate certificate ("ARCs") | — | ✓ |
| Synthetic fixed rate debt | — | ✓ |

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# Ambac's required business covenants are typical of what the credit markets have come to expect from healthcare issuers

| Item | Ambac Test |
|---|---|
| **Gross revenue pledge** | ■ Gross revenue pledge in place at all times.  Implement "lock box" upon event of default |
| **Permitted liens** | ■ 15% of plant, property and equipment |
| **Rate covenant** | ■ Annual income available for debt service of at least 1.10 times maximum annual debt service |
| **Debt service reserve fund** | ■ Not required to be funded upon issuance.  Must be funded in the event that coverage falls below 2.0x and liquidity falls below 175 days |
| **Capitalization test** | ■ Maintain ongoing debt to capitalization below 67% |
| **Transfer of assets** | ■ Limit to 10% of unrestricted cash and investments, and must have 90 days' cash after transfer |

■ Not funding a DSRF reduces required borrowing by approximately $14 million

■ Tests are conducted on combined Obligated Group results, not individually

 UNITED
HOSPITAL
CENTER

 West Virginia
United Health System

# There are several key decisions to be made in developing the optimal financing plan for UHC

- Desired variable-to-fixed rate exposure
  - Rating agencies believe 20-40 percent variable rate debt is prudent
  - WVUHS has set a goal of obtaining 35% aggregate variable rate exposure, and currently maintains 32%

- Preferred cash flow structure and debt amortization
  - Consider refinancing of outstanding debt

- Potential use of financial derivatives
  - Reduces all-in interest cost by 75 – 90 basis points in the current market
  - Offers mechanisms to hedge interest rates during transaction preparation

- Size of UHC equity contribution to project
  - Trade-off between cash and debt

 **UNITED HOSPITAL CENTER**

 West Virginia **United Health System**

# Funding the $219 million construction total will require $180 million of bonds and results in $240 million total project costs

*($ in thousands)*

| Sources of Funds | |
|---|---|
| Bond principal | $ 180,905 |
| Equity contribution | 60,000 |
| Total sources | $ 240,905 |

| Uses of Funds | |
|---|---|
| Construction costs | $ 219,000 |
| Capitalized interest | 12,812 |
| Cost of issuance | 2,714 |
| Bond insurance | 6,379 |
| Total uses | $ 240,905 |

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# It will take approximately three months to complete UHC's financing once all approvals are in place and the financing can proceed

| Month | Activity |
|-------|----------|
| One | ▪ Finalize projections for replacement hospital<br>▪ Board meeting to review project and plan of finance<br>▪ Draft #1 of bond and offering documents<br>▪ Rating agency and bond insurer site visits or conference calls<br>▪ First notice of public hearing for Issuer |
| Two | ▪ Draft #2 of bond and offering documents<br>▪ Second notice of public hearing for Issuer<br>▪ Publish TEFRA notice<br>▪ Finalize ratings<br>▪ Public hearing with Issuer and adoption of Inducement Resolution |
| Three | ▪ Hold TEFRA hearing<br>▪ Complete due diligence<br>▪ Finalize bond and offering documents<br>▪ Issuer approval<br>▪ Print and mail POS<br>▪ Pricing; sign BPA<br>▪ Close Series 2005C bonds |





# Overview of UHC

 

# UHC brings a strong financial position to the WVUH Obligated Group

| | Years ended December 31, | | | S&P "A+" | Moody's "A1" |
|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | | |
| **Profitability Ratios** | | | | | |
| Operating margin (%) | 1.9 | 0.7 | 2.5 | 3.1 | 3.3 |
| Profit (excess) margin (%) | 4.5 | 4.2 | 4.9 | 5.1 | 4.3 |
| EBIDA margin (%) | 11.7 | 11.4 | 11.7 | – | 11.4 |
| **Liquidity Ratios** | | | | | |
| Cash on hand (days) [1] | 269.8 | 261.7 | 253.6 | 174.6 | 180.0 |
| Cushion ratio (x) | 28.9 | 29.6 | 31.6 | 14.8 | 14.3 |
| Accounts receivable (days) | 47.0 | 47.9 | 47.6 | 51.6 | 51.9 |
| **Leverage Ratios** | | | | | |
| MADS coverage (x) | 5.1 | 5.3 | 6.0 | 4.6 | 4.0 |
| Debt to capitalization (%) | 16.9 | 14.5 | 12.1 | 39.4 | 36.2 |
| Cash-to-debt (%) | 300.2 | 347.0 | 424.6 | 114.6 | 118.3 |

Note:  Assumes maximum annual debt service of $3.6 million.

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# UHC currently has a modest amount of long-term debt



**Debt Mix**

Variable Rate
3.6%

Natural Fixed Rate
96.4%

Weighted average cost of capital: 4.70%



**Aggregate Debt Service**

- Bank One (3.79%)
- Bank One (4.14%)
- Huntington Bank
- Series 1998

Aggregate MADS:  $3.6 million

*($ in thousands)*

| Debt Issue | Principal Outstanding [1] | Interest Mode | Average Rate | Final Maturity | Average Life | Credit Enhancement | Advance Refundable | Callable |
|---|---|---|---|---|---|---|---|---|
| Series 1998 Bonds | $ 18,360 | Fixed | 5.14% | 2028 | 13.9 | Ambac | Yes | 4/1/2008 @ 102 |
| Huntington Bank note | 1,039 | Variable | 3.74 | 2011 | | – | – | Any time @ 100 |
| Bank One line of credit | 4,392 | Fixed | 4.14 | 2006 | | – | – | Any time @ 100 |
| Bank One term loan | 5,000 | Fixed | 3.79 | 2007 | | – | – | Any time @ 100 |
| **Total** | **$ 28,791** | | | | | | | |

(1) Expected as of July 1, 2005.





# Consolidated financial ratios for WVUHS are similarly strong

| | Years ended December 31, | | | S&P | Moody's |
| | 2002 | 2003 | 2004 | "A+" | "A1" |
|---|---|---|---|---|---|
| **Profitability Ratios** | | | | | |
| Operating margin (%) | 1.4 | 1.2 | 2.7 | 3.1 | 3.3 |
| Profit (excess) margin (%) | 1.2 | 3.1 | 7.1 | 5.1 | 4.3 |
| EBIDA margin (%) | 8.9 | 10.7 | 13.4 | – | 11.4 |
| **Liquidity Ratios** | | | | | |
| Cash on hand (days) | 234.0 | 241.2 | 249.1 | 174.6 | 180.0 |
| Cushion ratio (x) | 15.2 | 17.1 | 19.9 | 14.8 | 14.3 |
| Accounts receivable (days) | 58.3 | 55.3 | 50.6 | 51.6 | 51.9 |
| **Leverage Ratios** | | | | | |
| MADS coverage (x) | 2.7 | 3.6 | 5.2 | 4.6 | 4.0 |
| Debt to capitalization (%) | 25.7 | 31.7 | 28.9 | 39.4 | 36.2 |
| Cash-to-debt (%) | 191.3 | 145.8 | 176.2 | 114.6 | 118.3 |

Note:  Assumes maximum annual debt service of $15.5 million.  Includes UHC; does not include WVUH-East.

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# WVUHS currently has $261 million of long term debt and a diverse capital structure

| Debt Mix |
|---|



**Weighted average cost of capital:  3.63%**

| Aggregate Debt Service |
|---|

($ in thousands)



**Aggregate MADS:  $18.2 million**

($ in thousands)

| Debt Issue | Principal Outstanding | Interest Mode | Average Rate | Final Maturity | Average Life | Credit Enhancement | Advance Refundability | Call Provisions |
|---|---|---|---|---|---|---|---|---|
| **WVUH** | | | | | | | | |
| Series 1998 | $ 38,670 | Fixed | 3.87 | 2022 | 9.6 | Ambac | Partially | 12/01/08 @ 100% |
| Series 2003A | 9,255 | Fixed | 3.99 | 2010 | 2.5 | FSA | No | Non-callable |
| Series 2003B | 33,985 | Synth Fixed | 3.55 | 2016 | 8.5 | FSA | – | Any time @ 100 |
| Series 2003C | 44,650 | Synth Fixed | 3.99 | 2033 | 21.0 | FSA | – | Any time @ 100 |
| Series 2003D | 45,750 | Variable | – | 2033 | 23.1 | FSA | – | Any time @ 100 |
| Series 2005A | 30,645 | Variable | – | 2035 | 26.7 | Insured | – | Any time @ 100 |
| Series 2005B | 29,435 | Synth Fixed/Var | – | 2030 | 14.8 | Insured | – | Any time @ 100 |
| **UHC** | | | | | | | | |
| Series 1998B | 18,360 | Fixed | 5.14 | 2028 | 13.9 | Ambac | Yes | 4/1/08 @ 102% |
| Loans | 10,431 | Fixed/Var | 3.93 | – | – | – | – | Any time @ 100 |
| **Total** | **$ 261,101** | | | | | | | |

(1)  Expected as of July 1, 2005.







# Market Update





# Despite recent volatility, both long-term and short-term interest rates remain near historical lows



|  | RBI [1] | BMA Index [2] |
|---|---|---|
| **Current, 2/24/05** | **4.93%** | **1.86%** |
| Average | 6.00 | 3.17 |
| Maximum | 7.83 | 7.90 |
| Minimum | 4.73 | 0.70 |

Note: For illustration purposes only; actual rates will depend on future market conditions, which may vary.

(1) The Revenue Bond Index (RBI) is based on 30-year bonds issued by 25 different revenue bond issuers for a variety of purposes including housing, transportation, hospitals and pollution control.  The RBI is widely used as a benchmark for long-term revenue bonds.

(2) The Bond Market Association (BMA) Municipal Swap Index is a 7-day high grade market index comprised of tax-exempt VRDOs.



 UNITED HOSPITAL CENTER

 West Virginia United Health System

# Current market healthcare fixed rates — March 3, 2005

| Maturity | Insured (Aaa/AAA) | Uninsured (A1/A+) | 67% LIBOR Swap[1] |
|---|---|---|---|
| 2006 | 2.43% | 2.88% | 2.75% |
| 2007 | 2.72 | 3.17 | 3.00 |
| 2008 | 2.86 | 3.31 | 3.13 |
| 2009 | 3.04 | 3.49 | 3.23 |
| 2010 | 3.23 | 3.68 | 3.31 |
| 2011 | 3.41 | 3.86 | 3.37 |
| 2012 | 3.56 | 4.01 | 3.42 |
| 2013 | 3.69 | 4.14 | 3.47 |
| 2014 | 3.80 | 4.25 | 3.52 |
| 2015 | 3.90 | 4.35 | 3.56 |
| 2016 | | | 3.59 |
| 2017 | | | 3.62 |
| 2018 | | | 3.65 |
| 2019 | | | 3.67 |
| 2020 | 4.20 | | 3.70 |
| 2021 | | | 3.71 |
| 2022 | | | 3.73 |
| 2023 | | | 3.74 |
| 2024 | | | 3.76 |
| 2025 | 4.42 | 4.75 | 3.77 |
| 2026 | | | 3.78 |
| 2027 | | | 3.78 |
| 2028 | | | 3.79 |
| 2029 | | | 3.79 |
| 2030 | 4.48 | 4.77 | 3.80 |
| 2031 | | | 3.80 |
| 2032 | | | 3.80 |
| 2033 | | | 3.81 |
| 2034 | | | 3.81 |
| 2035 | 4.53 | 4.78 | 3.81 |



Note:  For illustration purposes only; actual rates will depend on future market conditions, which may vary.
(1)  Includes 0.26% ARCs support costs.

 UBS

16



UNITED
HOSPITAL
CENTER



West Virginia
United Health System

# Financing Alternatives