

# In today's market environment, insurance will save UHC nearly $1.9 million in present value dollars

|  | Uninsured | Insured | Savings |
|---|---:|---:|---:|
| Par amount ($) | 178,215,000 | 183,505,000 | (5,290,000) |
| All-in interest cost (%) | 4.84% | 4.79% | 0.05% |
| Total debt service ($) | 347,083,490 | 343,915,507 | 3,167,983 |
| Present value of total debt service ($) | 172,229,235 | 170,346,613 | 1,882,622 |
| Average life (years) | 20.0 | 19.8 | – |
| Aggregate Maximum Annual Debt Service ("MADS") ($) | 12,967,166 | 12,881,639 | 85,527 |

Note: 5% present value rate used.

✣ UBS

 

# Synthetic fixed rate debt is an alternative to natural fixed rate debt



## Mechanism

- UHC receives floating and pays fixed against newly issued or existing floating rate bonds
  — Net cost of synthetic fixed rate debt = fixed swap rate +/- floating rate trading spread + support costs

## Applications

- Convert variable rate bonds to fixed
- Results in lower fixed rate

 

# Under current market conditions, synthetic fixed rate debt saves over 60 basis points compared to natural fixed rate debt

**Natural Fixed Rate Tax-Exempt Bonds**



- The traditional method to "lock-in" fixed rates has been through the bond market

**Interest Cost**

| | |
|---|---:|
| Average coupon | + 4.42% |
| Insurance (amortized) | + 0.24 |
| Cost of issuance | + 0.13 |
| All-in cost | 4.79% |

**Synthetic Tax-Exempt Fixed Rate Debt**



- In this example UHC receives variable and pays fixed in conjunction with variable rate bonds

**Interest Cost**

| | | |
|---|---|---:|
| ① | Fixed payer rate | + 3.50% |
| ② | Swap payment by counterparty | - BMA |
| ③ | ARCs rate | + BMA |
| ④ | ARCs support costs | + 0.26 |
| ⑤ | Insurance (amortized) | + 0.28 |
| ⑥ | Cost of issuance | + 0.12 |
| | All-in cost (net synthetic fixed rate) | 4.16% |




# The 63 basis point annual savings in a synthetic structure equals almost $14.7 million present value dollars

|  | Insured Fixed Rate | | |
|---|---:|---:|---:|
|  | Natural | Synthetic 67% LIBOR | Savings |
| Par amount ($) | 183,505,000 | 181,760,000 | 1,745,000 |
| All-in interest cost (%) | 4.79% | 4.16% | 0.63% |
| Total debt service ($) | 343,915,507 | 313,433,377 | 30,482,130 |
| Present value of total debt service ($) | 170,346,613 | 155,687,063 | 14,659,549 |
| Average life (years) | 19.8 | 19.3 | — |
| Aggregate Maximum Annual Debt Service ("MADS") ($) | 12,881,639 | 11,784,599 | 1,097,040 |

Note: 5% present value rate used.

✥UBS

 

# UHC should be aware of the risks associated with synthetic fixed rate debt

- Counterparty risk: the risk that the swap counterparty will not perform
  — Mitigated by UBS's high credit ratings (Aa2/AA+/AA+)

- Market and termination risk: the risk that the swap could be terminated (due to a previously defined event) and a payment made
  — The swap agreement will require that UHC post collateral up to the mark-to-market value of the swap under certain limited circumstances

- Basis risk: the risk of a difference between the interest rate paid to an issuer diverging from the interest rate paid on the issuer's bonds

- Tax risk: the risk that changes in marginal income tax rates would result in an increase in tax-exempt interest rates relative to taxable ones

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# Comparison of fixed rate versus variable rate debt

|  | Fixed rate tax-exempt debt | Variable rate tax-exempt debt |
|---|---|---|
| Advantages | • Fixed interest cost<br>• Natural fixed rate debt can be secured with or without bond insurance<br>• Currently most economically secured through an interest rate swap if insurance is utilized | • Lowest cost<br>• Flexible repayment schedule<br>• Can be converted to fixed rate |
| Disadvantages | • Highest cost<br>• Less flexible repayment schedule (callable after 10 years)<br>• Risks associated with synthetic fixed rate debt | • Requires bond insurance<br>• Interest rate risk |

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# Increasing UHC's variable rate exposure to 35% reduces its cost of capital by over 20 basis points

|  | Insured | | |
|---|---|---|---|
|  | Synthetic Fixed | Synthetic Fixed/ Variable Mix | Savings |
| Par amount ($) | 181,760,000 | 180,905,000 | 855,000 |
| All-in interest cost (%) | 4.16% | 3.95% | 0.21% |
| Total debt service ($) | 313,433,377 | 304,143,387 | 9,289,990 |
| Present value of total debt service ($) | 155,687,063 | 150,918,292 | 4,768,771 |
| Average life (years) | 19.3 | 19.1 | – |
| Aggregate Maximum Annual Debt Service ("MADS") ($) | 11,784,599 | 11,473,866 | 310,734 |
| Pro forma variable/fixed rate exposure (%) | 0/100 | 35/65 | – |

Note: 5% present value rate used. Assumes a variable rate of 3.0% plus ARCs support costs of 0.26%.

 UNITED HOSPITAL CENTER

 West Virginia United Health System

# Using this approach, UHC's weighted average cost of capital would be approximately 3.49 percent



**Debt Mix**

- Synthetic Fixed Rate 51.6%
- Natural Fixed Rate 13.2%
- Natural Variable Rate 35.2%

Weighted average cost of capital: 3.49%



**Aggregate Debt Service**

- Series 2005C
- Bank One (3.79%)
- Bank One (4.14%)
- Huntington Bank
- Series 1998

Aggregate MADS: $11.5 million

*($ in thousands)*

| Debt Issue | Principal Outstanding [1] | Interest Mode | Average Rate | Final Maturity | Average Life | Credit Enhancement | Advance Refundable | Callable |
|---|---|---|---|---|---|---|---|---|
| Series 1998 Bonds | $ 18,360 | Fixed | 5.14% | 2028 | 13.9 | Ambac | Yes | 4/1/2008 @ 102 |
| Huntington Bank note | 1,039 | Variable | 3.74 | 2011 | – | – | – | Any time @ 100 |
| Bank One line of credit | 4,392 | Fixed | 4.14 | 2006 | – | – | – | Any time @ 100 |
| Bank One term loan | 5,000 | Fixed | 3.79 | 2007 | – | – | – | Any time @ 100 |
| Series 2005C Bonds | 108,165 | Synth Fixed | 3.50 | 2035 | 19.2 | Ambac | – | Bonds–Any time @ 100 Swap–Any time @ market |
| Series 2005C Bonds | 72,740 | Variable | – | 2035 | 19.2 | Ambac | – | Any time @ 100 |
| Total | $ 209,696 | | | | | | | |

(1) Expected as of July 1, 2005.

 UBS

 

# Next Steps

 

# Next steps

- Secure approval for replacement facility

- Finalize project planning and design

- Prepare for rating agency and bond insurer updates

- Determine bond issue sizing
  — Finalize project costs (construction/equipment)
  — Possible refinancing of outstanding debt

- Further evaluate financing options
  — Determine appropriate variable rate debt mix
  — Understand costs and benefits of an interest rate swap

 

# Appendix 1: Glossary of Terms

※ UBS

 

# Glossary of Terms

**Basis point**: 1/100 of 1 percent. For instance, if a yield increases from 3.25% to 3.50%, the difference is referred to as a 25 basis point increase.

**Bond Counsel**: An attorney retained by the issuer to give a legal opinion that the issuer is authorized to issue proposed securities, met all legal requirements necessary, and that interest on the proposed securities will be tax exempt from federal and applicable state and local taxes.

**Bond Market Association Municipal Swap Index** ("BMA Index" or "BMA"): A 7-day high-grade market index comprised of tax-exempt variable rate demand obligations.

**Capitalized interest**: A portion of the proceeds of an issue which is set aside to pay interest on the securities for a specific period of time. Interest is commonly capitalized for the construction period of a revenue-producing project.

**Costs of issuance**: The expenses associated with the sale of a new issue of municipal securities, including such items as printing, legal and rating agency fees, and others. In certain cases, the underwriter's spread may be considered one of the costs of issuance

**Covenants**: The issuer's enforceable promise to perform or refrain from performing certain actions. With respect to municipal securities, covenants are generally stated in the bond contract.

**Debt service reserve fund ("DSRF")**: The fund in which moneys are placed which may be used to pay debt service if pledged revenues are insufficient to satisfy the debt service requirements. The DSRF may be entirely funded with bond proceeds, or it may be only partly funded at the time of issuance and allowed to reach its full funding over time. A typical DSRF may be the lesser of (i) maximum annual debt service; (ii) 10% of par; or (iii) 120% of average annual debt service.

**Due diligence**: The process of thorough investigation of a bond issue, usually by underwriter's counsel. Such inquiry is made to assure that all material facts are fully disclosed to potential investors and that there have been no material omissions or misstatements of fact.

**Gross revenue pledge**: A pledge that all revenues received will be used for debt service prior to deductions for any costs or expenses

**London Interbank Offered Rate ("LIBOR")**: The rate of interest at which banks borrow funds from other banks, in marketable size, in the London interbank market. LIBOR is the most widely used benchmark or reference rate for short-term interest rates

**Official Statement ("OS")**: A document published by the issuer which generally discloses material information on a new issue of municipal securities including the purposes of the issue, how the securities will be repaid, and the financial, economic and social characteristics of the issuing government. Investors may use this information to evaluate the credit quality of the securities.

❁ UBS

 

# Glossary of Terms (cont'd)

**Preliminary official statement ("POS")**: A preliminary version of the official statement which is used by an issuer or underwriters to describe the proposed issue of municipal securities prior to the determination of the interest rate(s) and offering price(s). The POS may be used by issuers to gauge underwriter's' interest in an issue and is often relied upon by potential purchasers in making their investment decisions.

**Rate covenant**: Covenants to charge fees sufficient to provide required pledged revenues

**Ratings**: Evaluations of the credit quality of notes and bonds usually made by independent rating services. Ratings are intended to measure the probability of the timely repayment of principal of and interest on municipal securities. Ratings are initially made before issuance and are periodically reviewed and may be amended to reflect changes in the issuer's credit position. Banking law requires that certain types of securities acquired by bank portfolios must be both marketable and investment grade.

|  | Moody's | S&P | Fitch |
|---|---|---|---|
| **Investment Grade:** | Aaa | AAA | AAA |
|  | Aa1 | AA+ | AA+ |
|  | Aa2 | AA | AA |
|  | Aa3 | AA- | AA- |
|  | A1 | A+ | A+ |
|  | A2 | A | A |
|  | A3 | A- | A- |
|  | Baa1 | BBB+ | BBB+ |
|  | Baa2 | BBB | BBB |
|  | Baa3 | BBB- | BBB- |
| **Non-Investment Grade** | Ba1 | BB+ | BB+ |
|  | Ba2 | BB | BB |
|  | Ba3 | BB- | BB- |
|  | and below | and below | and below |

 

# Glossary of Terms (cont'd)

**Rating Agencies**:  The organizations which provide publicly available ratings of the credit quality of securities issuers.  The three most recognized are Moody's Investors Service ("Moody's), Standard & Poor's ("S&P") and Fitch Ratings ("Fitch").

**Revenue Bond Index ("RBI")**:  An index, published by The Bond Buyer, based on 30-year bonds issued by 25 different revenue bond issuers for a variety of purposes including housing, transportation, hospitals and pollution control.  The average rating is roughly equivalent to Moody's A1 and S&P's A+.

**Trustee**:  A financial institution with trust powers which acts in a fiduciary capacity for the benefit of the bondholders in enforcing the terms of the bond contract.

**Underwriter**:  A dealer which purchases a new issue of municipal securities for resale.

**Underwriter's Counsel**:  An attorney retained to represent the interests of the underwriters in connection with the purchase of a new issue of municipal securities.

---

Source:  Municipal Securities Rulemaking Board, *Glossary of Municipal Securities Terms*

**UBS**



# Appendix 2: Current Market Conditions

UBS


UNITED HOSPITAL CENTER

West Virginia United Health System

# Despite recent volatility, both long-term and short-term interest rates remain near historical lows



|  | RBI [1] | BMA Index [2] |
|---|---|---|
| Current, 3/3/05 | 4.96% | 1.74% |
| Average | 6.00 | 3.17 |
| Maximum | 7.83 | 7.90 |
| Minimum | 4.73 | 0.70 |

Note: For illustration purposes only; actual rates will depend on future market conditions, which may vary.
(1) The Revenue Bond Index (RBI) is based on 30-year bonds issued by 25 different revenue bond issuers for a variety of purposes including housing, transportation, hospitals and pollution control. The RBI is widely used as a benchmark for long-term revenue bonds.
(2) The Bond Market Association (BMA) Municipal Swap Index is a 7-day high grade market index comprised of tax-exempt VRDOs.


UBS

 United Hospital Center

West Virginia United Health System

# While long-term interest rates remain near historical lows, short-term rates have consistently been significantly lower



Note: For illustration purposes only; actual rates will depend on future market conditions, which may vary.
(1) The Revenue Bond Index (RBI) is based on 30-year bonds issued by 25 different revenue bond issuers for a variety of purposes including housing, transportation, hospitals and pollution control. The RBI is widely used as a benchmark for long-term revenue bonds.
(2) The Bond Market Association (BMA) Index is calculated by taking the weighted-average of the clearing rates for a pool of high-grade tax-exempt short-term issues with weekly resets. The BMA Index is a widely used index for high-grade weekly bonds.
(3) The Rolling Forward BMA Average calculates the average interest cost of the BMA Index from a point in time forward.

 UBS




# Currently, BMA is trading at 63.4 percent of LIBOR, slightly below its historical average



|  | BMA [1] | 1-Month LIBOR [2] | BMA as a % of LIBOR |
|---|---|---|---|
| Current, 3/3/05 | 1.74% | 2.75% | 63.4% |
| 1-year average | 1.37 | 1.73 | 81.0 |
| 5-year average | 2.02 | 2.83 | 76.8 |
| 10-year average | 2.77 | 4.20 | 70.0 |
| **Since BMA inception** | **3.17** | **4.66** | **70.5** |

Note: For illustration purposes only; actual rates will depend on future market conditions, which may vary.
(1) The Bond Market Association (BMA) Index is calculated by taking the weighted-average of the clearing rates for a pool of high-grade tax-exempt short-term issues with weekly resets. The BMA Index is a widely used index for high-grade weekly bonds.
(2) The London Inter-Bank Offer Rate (LIBOR) is the interest rate at which banks borrow from other banks. It is the most widely used benchmark for short-term rates, quoted here using one month rates.





**West Virginia United Health System**

## Over the past three years, the Federal Reserve's policy of easing the Fed Funds rate has corresponded with a decrease in the BMA Index



Note: For illustration purposes only; actual rates will depend on future market conditions, which may vary.

