UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-10

UBS FINANCIAL SERVICES, INC. and
UBS SECURITIES LLC,

    Plaintiffs,

- against -

WEST VIRGINIA UNIVERSITY HOSPITALS, INC.,
UNITED HOSPITAL CENTER, INC., WEST VIRGINIA
UNIVERSITY HOSPITALS-EAST, INC., CITY
HOSPITAL FOUNDATION, INC., and WEST VIRGINIA
UNITED HEALTH SYSTEM, INC.,

    Defendants.

10-CV-4298 (VM)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Athanasios Basdekis, attorney for West Virginia University Hospitals, Inc., United Hospital Center, Inc., West Virginia University Hospitals-East, Inc., City Hospital Foundation, Inc., and West Virginia United Health System, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name: James R. Swanson
  Firm Name: Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P.
  Address: 201 St. Charles Avenue, 46th Floor
  City/State/Zip: New Orleans, LA 70170-4600
  Phone Number: (504) 586-5252
  Fax Number: (504) 586-5250
  Email Address: jswanson@fishmanhaygood.com

is admitted to practice *pro hac vice* as counsel for West Virginia University Hospitals, Inc., United Hospital Center, Inc., West Virginia University Hospitals-East, Inc., City Hospital Foundation, Inc., and West Virginia United Health System, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December 21, 2010
New York, New York

           _____
           Victor Marrero
           United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
350143v.1