UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UBS FINANCIAL SERVICES, INC. and
UBS SECURITIES LLC,

        Plaintiffs,

- against -

WEST VIRGINIA UNIVERSITY HOSPITALS, INC.,
UNITED HOSPITAL CENTER, INC., WEST VIRGINIA
UNIVERSITY HOSPITALS-EAST, INC., CITY
HOSPITAL FOUNDATION, INC., and WEST VIRGINIA
UNITED HEALTH SYSTEM, INC.,

        Defendants.

10-CV-4298 (VM)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-21-10

Upon the motion of Athanasios Basdekis, attorney for West Virginia University Hospitals, Inc., United Hospital Center, Inc., West Virginia University Hospitals-East, Inc., City Hospital Foundation, Inc., and West Virginia United Health System, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joseph C. Peiffer |
| Firm Name: | Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P. |
| Address: | 201 St. Charles Avenue, 46th Floor |
| City/State/Zip: | New Orleans, LA 70170-4600 |
| Phone Number: | (504) 586-5252 |
| Fax Number: | (504) 586-5250 |
| Email Address: | jpeiffer@fishmanhaygood.com |

is admitted to practice *pro hac vice* as counsel for West Virginia University Hospitals, Inc., United Hospital Center, Inc., West Virginia University Hospitals-East, Inc., City Hospital Foundation, Inc., and West Virginia United Health System, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December 21, 2010
New York, New York

                                        Victor Marrero
                             United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#
350143v.2